AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- OFFENSE CHARGED ---

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

SEALED BY ORDER OF THE COURT

PENALTY:
Maximum imprisonment of ten years, three years supervised release, $250,000 fine, and $100 special assessment.

--- DEFENDANT - U.S. ---
ALONZO RAY TURNER

DISTRICT COURT NUMBER
**CR07-0810 CW**

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JAMES MANN, AUSA

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

v.

ALONZO RAY TURNER,

CR07-0810 CW

~~SEALED BY ORDER OF THE COURT~~

DEFENDANT.

---

# INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

A true bill.

_____
Foreman

Filed in open court this 20th day of December, 2007

_____
Clerk

Bail, $ No bail, arrest warrant
12/20/07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

~~SEALED BY ORDER OF THE COURT~~

FILED

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALONZO RAY TURNER,<br><br>　　　　Defendant. | No. CR07-0810 CW<br><br>VIOLATION: 18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

   On or about August 24, 2007, in the Northern District of California, the defendant,

ALONZO RAY TURNER,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) a Glock 32 (serial number HMA407), .357 caliber, semi-automatic handgun; and (2) 13 rounds of .357

////

////

Document No.
16
District Court
Criminal Case Processing

INDICTMENT

1 | caliber, full metal jacket ammunition, manufactured by Eldorado Cartridge Company, in and
2 | affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).
3 |
4 | DATED:    December 20, 2007          A TRUE BILL.
5 |
6 |                                      FOREPERSON
7 | SCOTT N. SCHOOLS
  | United States Attorney
8 |
9 |
10 | W. DOUGLAS SPRAGUE
   | Chief, Oakland Branch
11 |
12 | (Approved as to form: _____ )
   |                       AUSA JC MANN
13 |

INDICTMENT