```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, California 94612
       Telephone: (510) 637-3705
 7     Facsimile: (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-0810 CW |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| vs. | |
| ALONZO RAY TURNER, | |
| Defendant. | |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives) in the above-captioned case filed with the Court on December 20, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////
////
////
////

Document No.
District Court
Criminal Case Processing

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: December 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on December 20, 2007, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives).

IT IS SO ORDERED.

DATED: 12/20/07

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER        -2-