1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3705
7  Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

DEC 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-07-0810 CW |
| Plaintiff, | ) |
| v. | ) STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ALONZO RAY TURNER, | ) Date: January 3, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Court: Hon. Wayne D. Brazil |

Defendant Alonzo Ray Turner made his initial appearance before this Court on December 27, 2007. The government will provide discovery to defense counsel shortly. Given that discovery has not yet been produced in this matter, counsel require time to effectively prepare for Defendant Turner's next appearance on January 3, 2008, taking into account the exercise of due diligence. The parties, therefore, stipulate and request that the Court exclude time between

////
////
////
////

STIP. REQ. TO EXCLUDE TIME AND PROPOSED ORDER
No. CR-07-0810 CW

December 27, 2007 and January 3, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: December 27, 2007

_____
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

_____
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
Counsel for Alonzo Ray Turner

STIP. REQ. TO EXCLUDE TIME AND PROPOSED ORDER
No. CR-07-0810 CW