**FILED**

DEC 2 8 2007

RICHA
CLERK,
NORTHERN
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ALONZO RAY TURNER,<br><br>     Defendant. | No. CR-07-0810 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 3, 2008<br>Time:    10:00 a.m.<br>Court:   Hon. Wayne D. Brazil |

The parties requested that time be excluded under the Speedy Trial Act between Defendant's initial appearance on December 27, 2007 and Defendant's detention hearing set for January 3, 2008. Given that discovery has not yet been produced in this matter, counsel require time to effectively prepare for the hearing, taking into account the exercise of due diligence. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that time between December 27, 2007 and January 3, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 12/28/07

HON. NANDOR J. VADAS
United States Magistrate Judge

STIP. REQ. TO EXCLUDE TIME AND PROPOSED ORDER
No. CR-07-0810 CW