FILED
JAN 8 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Judge

CR07-810-CW

My name is Alonzo Ray Turner Jr and I'm in the sixth grade and 11 years old. My Dad picks me up from school everyday with a smile on his face and always asks me how my day went and takes me to the Boys & girls club. I'm use to seeing my Dad Every day but I haven't seen him since Christmas eve. I love and need my Dad he is good to me and my brother he always tells me to respect my elders and teachers no matter what and to take care of my nana and granny. I'm worried about my Dad is he eating are people picking on him? My mom tells me that things will be ok but nobody understands how I feel because I am use to my Dad hugging me and telling me he loves me. My Dad would never let anything happen to me I cannot help my Dad.

Judge I always see my Dad helping everybody else and no one helps him. My Dad is good to me and everyone in our family

→

Please let my Dad go
I need my Dad.
   Alonzo Ray Turner JR