FILED

JAN 8 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Jan 5. 2008

CR 07-810-CW

Dear Judge,

I'm writing you in regaurds of Alonzo Ray Turner.

Alonzo is a Respectful, honest, wonderful, helpful person. Alonzo is as known to be a truthful, good person.

Alonzo is a honest person because he is always a man of his words he is a wonderful man, because not only is he a father to his own 3 kids but he is a father to the soon to be mother of his son. She also has three kids.

That is another reason why he is a helpful man he also picks the kids up from school take then to there after school programs and is there when they need him.

I'm a 76 year old woman he has never disrespect me an any kind of way nor anyone else. he is always a respectful person and all kind of ways

Thank you,
Victoria W. Hall