**FILED**

JAN 8 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1/7/08

CR07810-CW

On behalf of Alonzo Turner Sr
My name is Isabel Flores & I've
known Alonzo for 14yrs. We also
share a son together Alonzo Jr &
he has raised my son Andrew since
the age of 3yrs & still now like his
own. Alonzo has been my sons role model
and has kept my oldest out of trouble.
He picks up Alonzo Jr from school
on a daily basis never no excuses
always on time. Alonzo has also enrolled
his son in the boy's & girls club to
make sure he is in a structured
environment afterschool. My son is
also on the Live Oak Swim Team this
will be 3yrs in which Alonzo Sr
has been an active & supportive member.

Judge Alonzo has done so much for his
family no matter if thats his time
taking care of his mother or giving
his last to his children.

I have so much to say but I will keep it short Alonzo is a great father with a kind heart & will always help people when they need it and never looking for nothing in Return. He has helped my mother out more than my own brothers. We are blessed to have Alonzo apart of our family & my kids deeply miss him and love Alonzo Sr.

Please Judge have mercy on Alonzo Turner Sr.

God Bless