UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 1/23/08

**Plaintiff:** United States

**v.**                                                **No.** CR-07-00810 CW

**Defendant:** Alonzo Ray Turner (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting**

**Notes:**    This was the defendant's first appearance before District Judge.  Defense has received discovery and is in the process of reviewing it with defendant.  Defense has requested dispatch tapes from CHP and the government has requested the tapes.  **Case continued to 2/8/08 at 2:00 p.m. for motions setting or disposition or trial setting.**  If defense knows that he will be filing motions, the parties can stipulate to a briefing schedule and vacate 2/8/08 date.  Time excluded for effective preparation.

Copies to: Chambers