JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALONZO RAY TURNER,<br><br>    Defendant. | No. CR-07-0810 CW<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 5, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     February 8, 2008<br>Time:    2:00 p.m.<br>Court:   Hon. Claudia Wilken |

     The above-captioned matter was set on February 8, 2008 before this Court for motions setting, trial setting, or disposition.  The parties request that this Court continue the hearing to March 5, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and March 5, 2008.

     On January 23, 2008, Defendant requested that the government obtain CAD tapes for Defendant's review.  The government requested the CAD tapes on or about January 23, 2008.  The government has been informed that the CAD tapes will not be available until February 15, 2008.  Therefore, the parties stipulate and request that the Court exclude time between the date of this stipulation and March 5, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree the ends of justice served by

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW

1  granting the continuance outweigh the best interests of the public and the defendant in a speedy
2  trial.
3
4  DATED: February 4, 2008
5
6
   _____          _____
7  JAMES C. MANN                              JEROME MATTHEWS
   Assistant United States Attorney           Counsel for Alonzo Ray Turner
8  Counsel for United States

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALONZO RAY TURNER,<br><br>    Defendant. | No. CR-07-0810 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 5, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   February 8, 2008<br>Time:   2:00 p.m.<br>Court:  Hon. Claudia Wilken |

    The parties jointly requested that the hearing in this matter be continued from February 8, 2008 to March 5, 2008, and that time be excluded under the Speedy Trial Act between February 4, 2008 and March 5, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

    **IT IS HEREBY ORDERED** that this matter is set for motions setting, trial setting, or disposition on March 5, 2008 at 2:00 p.m., and that time between February 4, 2008 and March 5,

1 | 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
2 | taking into account the exercise of due diligence.
3 |
4 | DATED:_____
 |                                               HON. CLAUDIA WILKEN
5 |                                               United States District Judge

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW