1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorneys

5

6    1301 Clay Street, Suite 340-S
     Oakland, California 94612
     Telephone:  (510) 637-3680

7    Facsimile:  (510) 637-3724
     E-Mail:     James.C.Mann@usdoj.gov

8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-07-0810 CW
                                     )
14        Plaintiff,                 )   STIPULATED REQUEST TO CONTINUE
                                     )   HEARING DATE TO MARCH 5, 2008
15     v.                            )   AND TO EXCLUDE TIME UNDER THE
                                     )   SPEEDY TRIAL ACT
16  ALONZO RAY TURNER,               )
                                     )   Date:       February 8, 2008
17        Defendant.                 )   Time:       2:00 p.m.
                                     )   Court:      Hon. Claudia Wilken
18  _____ )

19        The above-captioned matter was set on February 8, 2008 before this Court for motions

20  setting, trial setting, or disposition.  The parties request that this Court continue the hearing to

21  March 5, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between

22  the date of this stipulation and March 5, 2008.

23        On January 23, 2008, Defendant requested that the government obtain CAD tapes for

24  Defendant's review.  The government requested the CAD tapes on or about January 23, 2008.

25  The government has been informed that the CAD tapes will not be available until February 15,

26  2008.  Therefore, the parties stipulate and request that the Court exclude time between the date of

27  this stipulation and March 5, 2008 under the Speedy Trial Act for the reasons stated above and

28  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree the ends of justice served by

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW

1 granting the continuance outweigh the best interests of the public and the defendant in a speedy

2 trial.

3

4 DATED: February 4, 2008

5

6

7 /s/ /s/
JAMES C. MANN JEROME MATTHEWS
Assistant United States Attorney Counsel for Alonzo Ray Turner
8 Counsel for United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW

1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                   OAKLAND DIVISION

11   UNITED STATES OF AMERICA,              )        No. CR-07-0810 CW
                                            )
12          Plaintiff,                      )        [PROPOSED] ORDER GRANTING
                                            )        STIPULATED REQUEST TO CONTINUE
13       v.                                 )        HEARING DATE TO MARCH 5, 2008
                                            )        AND TO EXCLUDE TIME UNDER THE
14   ALONZO RAY TURNER,                     )        SPEEDY TRIAL ACT
                                            )
15          Defendant.                      )        Date:      February 8, 2008
                                            )        Time:      2:00 p.m.
16                                          )        Court:     Hon. Claudia Wilken
                                            )
17   _____)

18

19       The parties jointly requested that the hearing in this matter be continued from February 8,

20   2008 to March 5, 2008, and that time be excluded under the Speedy Trial Act between February

21   4, 2008 and March 5, 2008 to allow for the effective preparation of counsel for the reasons set

22   forth in the parties' stipulated request.  For these stated reasons, the Court finds that the ends of

23   justice served by granting the continuance outweigh the best interests of the public and the

24   defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §

25   3161(h)(8)(B)(iv),

26       **IT IS HEREBY ORDERED** that this matter is set for motions setting, trial setting, or

27   disposition on March 5, 2008 at 2:00 p.m., and that time between February 4, 2008 and March 5,

28

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW

1    2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

2    taking into account the exercise of due diligence.

3

4    DATED:_____                    _____

5                                              HON. CLAUDIA WILKEN
                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CONTINUE HEARING TO MARCH 5, 2008 AND TO EXCLUDE TIME
No. CR-07-0810 CW