UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ALONZO RAY TURNER,<br>    Defendant. | No. CR-07-0810 CW<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 5, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  February 8, 2008<br>Time:  2:00 p.m.<br>Court:  Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from February 8, 2008 to March 5, 2008, and that time be excluded under the Speedy Trial Act between February 4, 2008 and March 5, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting, trial setting, or disposition on March 5, 2008 at 2:00 p.m., and that time between February 4, 2008 and March 5, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

2/4/08
DATED:_____         _____
                               HON. CLAUDIA WILKEN
                               United States District Judge