UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 3/5/08

**Plaintiff:**  United States

**v.**                                                **No.**  CR-07-00810 CW

**Defendant:**  Alonzo Ray Turner (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

        **Hearing:**  Motions Setting or Trial Setting or Disposition

**Notes:**    Counsel close to reaching agreement.  **Case continued to 3/12/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Defense does not believe there will be motions.

Copies to: Chambers