UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 3/12/08**

**Plaintiff:** United States

**v.**                                               **No.** CR-07-00810 CW

**Defendant:** Alonzo Ray Turner (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


                    Hearing:   Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty
to single count Indictment charging possession of a firearm and
ammunition having been previously convicted of a felony in violation
of 18 U.S.C. 922(g).  Plea Agreement filed.  Court finds factual basis
for plea; Court accepts plea.  PSR requested. **Case continued to
6/11/08 at 2:00 p.m. for sentencing.**

Copies to: Chambers; probation