UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _CR-07-00810 CW_

Defendant's Name _Alonzo Ray Turner_

Defense Counsel _Jerome Matthew AFPD_

Referral Date _3/12/08_

Sentencing Date _6/11/08 @ 2:00pm_

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

_X_ Presentence Investigation

___ Pre-Plea Report

___ Bail Investigation

___ Bail Supervision

___ Postsentence Investigation

___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: _yes_

Is defendant English-speaking? _yes_

cc: U. S. Probation