# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 14, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612
Attn: Ivy Garcia

Re:  United States v. Alonzo Turner
     CR-07 00810 CW

Dear Magistrate Judge Brazil:

Mr. Turner pleaded guilty to the single count indictment on March 12, 2008. His fiancee is due to give birth to their child and Mr. Turner would like to be present shortly thereafter to give comfort and support, and to meet his child before beginning his sentence.

The parties request the Court to add this matter to the March 17, 2008, calendar, or the Court's first convenient calendar date, for a detention hearing.

Please let me know if the Court desires anything further.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

  /S/
JEROME MATTHEWS
Assistant Federal Public Defender

cc:    James Mann, AUSA