**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 17, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612
Attn: Ivy Garcia

Re:   United States v. Alonzo Turner
      CR-07 00810 CW

Dear Magistrate Judge Brazil:

 The parties request the Court to add this matter to the March 19, 2008, calendar for further hearing on the proposed conditions under which Mr. Turner may be released to spend a brief period of time with his newborn son. Mr. Turner anticipates proffering his father, George Turner, as a surety.

 Please let me know if the Court desires anything further.

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                 /S/
                JEROME MATTHEWS
                Assistant Federal Public Defender

cc:   AUSA James Mann