JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0810 CW |
|    Plaintiff, | REQUEST TO STAY PRE-SENTENCING RELEASE ORDER FOR DEFENDANT ALONZO RAY TURNER AND [PROPOSED] ORDER |
| v. | |
| ALONZO RAY TURNER, | Date: |
|    Defendant. | Time:<br>Court:  Hon. Claudia Wilken |

The United States respectfully requests that this Court stay the Order of Magistrate Judge Wayne D. Brazil granting pre-sentencing release for two days to Defendant Alonzo Ray Turner to allow the United States time to appeal the same Order. Judge Brazil has already stayed the Order granting pre-sentencing release until Thursday, March 19, 2008. The United States

////
////
////
////
////

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW

respectfully requests that this Court further stay the Order granting pre-sentencing release or extend Judge Brazil's stay of the same Order until this matter can be heard by this Court.

DATED: March 19, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JAMES C. MANN
Assistant United States Attorney

    Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of Magistrate Judge Wayne D. Brazil granting pre-sentencing release for two days to Defendant Alonzo Ray Turner is hereby stayed until such time that this Court can hear the United States' appeal of the Order.

DATED:_____

_____
HON. CLAUDIA WILKEN
United States District Judge

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW