```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:  (510) 637-3724
      E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0810 CW |
|---|---|---|
| Plaintiff, | ) | REQUEST TO STAY PRE-SENTENCING |
| | ) | RELEASE ORDER FOR DEFENDANT |
| v. | ) | ALONZO RAY TURNER AND ORDER |
| | ) | |
| ALONZO RAY TURNER, | ) | Date: |
| | ) | Time: |
| Defendant. | ) | Court:    Hon. Claudia Wilken |

The United States respectfully requests that this Court stay the Order of Magistrate Judge Wayne D. Brazil granting pre-sentencing release for two days to Defendant Alonzo Ray Turner to allow the United States time to appeal the same Order. Judge Brazil has already stayed the Order granting pre-sentencing release until Thursday, March 19, 2008. The United States

////
////
////
////
////

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW

respectfully requests that this Court further stay the Order granting pre-sentencing release or extend Judge Brazil's stay of the same Order until this matter can be heard by this Court.

DATED: March 19, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JAMES C. MANN
Assistant United States Attorney

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of Magistrate Judge Wayne D. Brazil granting pre-sentencing release for two days to Defendant Alonzo Ray Turner is hereby stayed until noon on Friday, March 21, 2008, by which time the U.S. shall file its papers and request for further stay.

DATED: 3/20/08

_Claudia Wilken_
HON. CLAUDIA WILKEN
United States District Judge

cc: WDB

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW