# EXHIBIT A

# ARREST -- INVESTIGATION REPORT

**STATE OF CALIFORNIA**
**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
CHP 216 (Rev. 1-99) OPI 004

- [ ] Misdemeanor
- [x] Felony
- [ ] Other

| Field | Value |
|---|---|
| DOMESTIC VIOLENCE (REFER HPM 100.69) | [ ] |
| MISSING PERSON (REFER HPM 100.69) | [ ] |
| PAGE | 1 OF 5 |
| COURT | OAKLAND |
| FILE NUMBER | F-493-370-07 |
| EVIDENCE/PROPERTY | [x] YES [ ] NO |
| AREA | 370 |
| BEAT | 052 |
| COLLISION REPORT NUMBER | E. 20070298 |
| DATE/TIME OF ARREST/REPORT | 08-24-2007 / 0100 |
| DATE/TIME OF INCIDENT | [x] SAME |
| LOCATION OF ARREST/INCIDENT | 103RD AT PLYMOUTH |
| CITATION NUMBER | 07-2157 |
| OFFENSE(S) CHARGED OR INVESTIGATED | 2800.2(a) V.C. 148(a)(1) P.C. 12021(a) P.C. SEE NARRATIVE FOR REMAINING CHARGES |
| JUS 8715 REQUIRED | [ ] YES [x] NO |

**LAST NAME, FIRST NAME, AND MIDDLE INITIAL:** TURNER, ALONZO

## SUBJECT NO 1 OF 1

| Field | Value |
|---|---|
| NAME (LAST, FIRST, MIDDLE) | TURNER, ALONZO RAY |
| AKA | / |
| HOME PHONE | UNKNOWN |
| RESIDENCE ADDRESS | [redacted] |
| MAILING ADDRESS | [redacted] [ ] SAME |
| RACE/ETHNICITY | B |
| SEX | M |
| BIRTHDATE | [redacted] |
| HAIR | BLK |
| EYES | BRN |
| HEIGHT | 6-01 |
| WEIGHT | 225 |
| PLACE OF BIRTH | UNKNOWN |
| DISPATCH NOTIFIED | [x] YES [ ] NO |
| DRIVER LICENSE NUMBER | [redacted] |
| STATE | CA |
| DDL STATUS | SUSP |
| MISC. (SSN, INS#, ETC.) | [redacted] |
| TIME | 0210 |
| I.D. NO. | A11699 |
| EMPLOYER | UNKNOWN |
| BUSINESS PHONE | UNKNOWN |
| BUSINESS ADDRESS | UNKNOWN |
| LOG NO. | 89 |
| BOOKING, CII, FBI, ETC., NUMBER(S) | [redacted] |
| WHERE BOOKED/CONFINED | COMPLAINT TO BE FILED |
| DATE/TIME | / |
| FINGERPRINTED | [ ] YES [x] NO |
| NOTIFIED BY | |

**NOTIFICATION:** [ ] JUVENILE  [ ] FOREIGN NATIONAL  [ ] IMMUNITY CLAIM

## VEHICLE

| Field | Value |
|---|---|
| LICENSE | [redacted] |
| STATE | CA |
| YEAR | 2007 |
| VIN/EN NUMBER | [redacted] |
| VEHICLE WAS | [ ] PARKED [ ] RELEASED [ ] STORED [ ] RECOVERED [x] IMPOUNDED |
| STORAGE AUTHORITY | 22651(P) V.C. |
| VEH. YEAR | 1989 |
| MAKE | TOYT |
| BODY STYLE | PK |
| COLOR | BLU |
| BODY TYPE | 22 |
| LOCATION OF VEHICLE | HENRY'S TOW (510)533-2249 |
| NAME OF REGISTERED OWNER | [redacted] [ ] SAME AS SUBJECT |
| ADDRESS | [ ] SAME AS SUBJECT |
| NAME OF LEGAL OWNER | [x] SAME AS R/O |
| LOCATION OF KEYS | W/ VEHICLE |

## WITNESS

| BIRTHDATE | SEX | NAME | | ADDRESS/AGENCY | PHONE |
|---|---|---|---|---|---|
| | M | OFFICER BUNNEY #17127 | [x] WITNESS [ ] PASSENGER | CHP/OAKLAND | RES: / BUS: [redacted] |
| | | | [ ] WITNESS [ ] PASSENGER | | |
| | | | [ ] WITNESS [ ] PASSENGER | | |
| | | | [ ] WITNESS [ ] PASSENGER | | |

## VICTIM INFORMATION

1. NAME: (blank) — 2. NAME: NONE

## MISDEMEANOR INCARCERATION
(To be completed upon physical arrest for any misdemeanor, pursuant to Penal Code Section 853.6.)

As determined by the arresting officer, the person arrested:

1. [ ] was so intoxicated as to be a danger to himself/herself or others.
2. [ ] required medical examination or medical care or was otherwise unable to care for his/her own safety.
3. [ ] was charged with one or more of the offenses listed in Section 40302 of the Vehicle Code. (Note paragraphs five and eight).
4. [ ] had one or more outstanding arrest warrants issued.
5. [ ] could not provide satisfactory evidence of personal identification.
6. [ ] if released immediately, would jeopardize the prosecution of the offense or offenses for which arrested or the prosecution of any other offenses.
7. [ ] would be reasonably likely to continue the offense or offenses, or the safety of persons or property would be imminently endangered if immediately released.
8. [ ] demanded to be taken before a magistrate or refused to sign the citation.
9. [ ] would not appear at the time and place specified in the notice.
10. [ ] domestic violence (refer to HPM 100.69)

| ARRESTING/INVESTIGATING OFFICER | I.D. NUMBER | REVIEWED BY | I.D. NUMBER | DATE |
|---|---|---|---|---|
| ROACH / OFFICER | 18007 | S. PARRA / SGT. | 12538 | 9-4-07 |

Use previous editions until depleted.     c216_199.frp

ART-0001

## CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IMAGE
## ALONZO RAY TURNER

| | EXPIRES: 03/28/2012 | CLASS: | SEX: M |
|---|---|---|---|
| HAIR: BLK | EYES: BRN | HEIGHT: 601 | WEIGHT: 225 |

DATE OF BIRTH:
ADDRESS:

| PHOTO DATE: | PHOTO OFFICE: | APPLICATION DATE: | APPLICATION OFFICE: |
|---|---|---|---|
| 08/08/2006 | 604 | 08/08/2006 | 604 |
| ISSUE DATE: | ISSUE OFFICE: | RESTRICTIONS: | |
| N/A | N/A | | |



SIGNATURE:

FINGERPRINT:

This photograph is a true copy of the photograph that is contained on the Department of Motor Vehicles photo database and delivered over the Department of Justice communications network.

Date: _____ /s/ _____

ART-0002

http://167.10.34.14/calphoto/dmv/response.asp?sid=7228948242007CPH3495631&ID N... 8/24/2007

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                      PAGE 3 OF 6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 08/24/2007 | 0100 | 9370 | 018007 | 943-370-07 |

1 **SUMMARY:**
2 On August 24, 2007, at approximately 0100 hours, I was traveling in the #3 lane on I-580 E/B east
3 of Keller Avenue with my partner, Officer Bunney, #17121, in a fully marked patrol vehicle with
4 overhead lights. I was wearing a full CHP uniform. Weather was clear and dry. My attention was
5 drawn to a blue Toyota pickup in the #4 lane approximately 100 feet ahead of me, having difficultly
6 maintaining it's lane of travel. I observed the vehicle's right tires cross the solid white line onto the
7 right shoulder approximately 2 feet. The vehicle continued on the shoulder for approximately 15-
8 20 feet. The driver then jerked the vehicle back into the #4 lane. I then observed the vehicle's left
9 tires cross the broken white lines to the left, approximately 3 feet into the #3 lane. Again, the
10 driver jerked the vehicle back into the #4 lane, crossed over the solid white line to the right and
11 again drove on the shoulder for approximately 15-20 feet. My partner, Officer Bunney, moved the
12 patrol vehicle behind the Toyota and initiated an enforcement stop by activating the forward red
13 lights of the patrol vehicle. I used the vehicle's public address system (PA), and instructed the
14 driver to exit the freeway at the 106th Avenue off-ramp. The driver exited the freeway as
15 instructed. At the bottom of the off-ramp, I instructed the driver to make a right turn at the stop
16 sign and pull to the right curb. The driver moved to the right and stopped as instructed.
17
18 Officer Bunney and I exited our patrol vehicle to make contact with the driver. Officer Bunney
19 made a driver side approach on the vehicle and I positioned myself to the right front of our patrol
20 vehicle. As Officer Bunney approached the driver side window, the driver of the vehicle turned his
21 head and made eye contact with Officer Bunney, then sped away from the curb in an attempt to
22 flee. Officer Bunney and I entered our vehicle to follow the driver. I notified Golden Gate
23 Communications Center that the driver of the vehicle, the solo occupant was failing to yield. We
24 followed the vehicle as the driver traversed several city streets where he accelerated through the
25 residential area at speeds of approximately 50-55 mph. with no traffic. The driver turned onto
26 103rd Avenue, also a residential area, where he accelerated to speeds of 60-65 mph. running stop
27 signs at 103rd Street and Birch, Sunnyside, Bancroft, Longfellow and Voltaire. Because of the
28 driver's reckless manner and disregard for stop signs and safety of others, Officer Bunney and I
29 were unable to get closer than within 600 feet of the vehicle. At the intersection of 103rd and
30 Plymouth, we saw the vehicle stop blocking the intersection. As we approached the vehicle we
31 witnessed the driver flee on foot from 103rd and Plymouth and run toward 102nd Street. I notified
32 dispatch of the location and informed her the driver fled on foot. We notified other responding
33 CHP units and Oakland Police Department (OPD) units of the location and set a perimeter to
34 attempt to locate the driver. As the driver of the vehicle fled from the initial stop, he turned his
35 head and made eye contact with Officer Bunney allowing Officer Bunney to see the driver's face
36 and clothing. Officer Bunney was then able to give a description to responding units.
37
38 Upon clearing the vehicle, a loaded Glock .357 magnum semi-automatic, with a 13 round (high
39 capacity) magazine and a round chambered, was located in plain view on the bench seat. The
40 gun was in the driver's seat in a position indicating it was under the driver's right leg, with the
41 barrel pointing toward the passenger side with the grip located in a manner as to be easily
42 attained by the driver's right hand. The serial number on the gun was entered by dispatch;

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| P. ROACH / OFFICER | 018007 | 08/24/2007 | | |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 4 OF 6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 08/24/2007 | 0100 | 9370 | 018007 | 943-370-07 |

1 **SUMMARY (CONTINUED):**
2 however, no match was found on the gun. The gun was booked into the Oakland Area CHP
3 evidence locker under evidence
4 number E-20070298. During a vehicle inventory, an envelope in the vehicle from Eden Medical
5 Center was also located in the vehicle addressed to Alonzo Turner (See attached photocopy).
6 Officer Bunney utilized Cal-Photo using the name Alonzo Turner and was able to positively
7 identify the DMV photo as well as prior booking photos as the driver who fled. Following a search
8 of the area with the OPD K-9, we were unable to locate the driver. Further research showed the
9 most recent address for Alonzo Turner to be ███████ in Oakland, approximately 100 feet
10 from the location he fled. An attempt to contact the party at the residence was unsuccessful.
11
12 On August 24, 2007 at approximately 1800 hours, I contacted CHP Investigator, Officer Roy
13 Ferreira, #14389 for assistance in this case. During his investigation, Officer Ferreira learned that
14 the suspect in this case, (Alonzo Ray Turner) has an identical twin brother named Alfonzo Ray
15 Turner. Upon reviewing Alfonzo's Criminal history, Investigator Ferreira noted that was arrested in
16 June of this year for a narcotics warrant. Investigator Ferreira contacted the San Francisco
17 County Jail and confirmed that Alfonzo Ray Turner is in custody and has been continuously in
18 their custody since 06/15/2007.
19
20 A criminal history check for Alonzo Turner revealed previous felony convictions for loaded
21 firearms, carrying concealed firearms, carrying concealed firearms in a vehicle, and felony
22 evading peace officers (see attached CII).
23
24 **EVIDENCE:**
25 The following items were booked into the Oakland Area CHP evidence locker under evidence
26 # E20070298. The gun was found with a loaded magazine inserted and one round in the
27 chamber and booked as follows:
28
29    1)    Glock .357 semi-automatic handgun serial #HMA407
30    2)    13 round (high capacity) magazine with 12 rounds when found in vehicle.
31    3)    .357 full metal jacket bullet from chamber.
32    4)    Twelve, .357 Full Metal Jacket bullets located in high capacity magazine.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| P. ROACH / OFFICER | 018007 | 08/24/2007 | | |

| STATE OF CALIFORNIA NARRATIVE/SUPPLEMENTAL | | | | PAGE 5 OF 6 | |
|---|---|---|---|---|---|
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER | |
| 08/24/2007 | 0100 | 9370 | 018007 | 943-370-07 | |

## ANALYSIS AND OPINIONS:

2800.2 (a) V.C. Evading a Peace Officer: Reckless Driving can be substantiated by the fact that Alonzo Turner fled attempting to elude a peace officer in a wanton disregard for the safety of persons or property, failing to stop at several stop signs and traveling at speeds of 55-65 mph in a residential area.

148(a)(1) P.C. Resisting, delaying or obstructing a peace officer can be substantiated by the fact that Alonzo Turner willfully resisted and delayed a peace officer by fleeing the scene after a traffic stop and fleeing causing a pursuit and again fleeing on foot in attempt to evade officers.

12021(a) P.C. Felon in possession of a firearm can be substantiated by the fact that Alonzo Turner has been convicted of felonies under the laws of the State of California and was in possession of a firearm.

12031(a)(1)(F) P.C. Possession of a loaded firearm that is not registered to the suspect can be substantiated by the fact that Alonzo Turner was in possession of a loaded firearm in a vehicle while on a public street and is not listed with the Department of Justice as the registered owner of the pistol pursuant to Section 11106 P.C.

12072(d) P.C. Illegal transfer of a firearm can be substantiated by the fact that Alonzo Turner is in a prohibited class as described in section 12021 P.C. and did not obtain this firearm pursuant to 12082 P.C.

12025(a) P.C. Possession of a concealed weapon can be substantiated by the fact that Alonzo Turner was carrying the pistol while in direct control of the vehicle.

12031(a)(1) P.C. Possession of a loaded weapon can be substantiated by the fact that Alonzo Turner was carrying a loaded pistol while being the solo occupant of the vehicle and was driving on a public street.

12316(b) P.C. Felon in possession of ammunition can be substantiated by the fact that Alonzo Turner was in possession of a pistol with a round in the chamber and 12 rounds loaded in the magazine that was inserted into the pistol.

12020(c)(25) Possession of a high capacity magazine can be substantiated by the fact that Alonzo Turner was in possession of a loaded pistol containing a 13 round magazine inserted into the pistol.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| P. ROACH / OFFICER | 018007 | 08/24/2007 | | |

ART-0005

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL                                PAGE 6 OF 6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 08/24/2007 | 0100 | 9370 | 018007 | 943-370-07 |

1  **ANALYSIS AND OPINIONS (CONTINUED):**
2
3  14601.1(a) V.C. driving on a suspended license can be substantiated by the fact that Alonzo
4  Turner was operating a motor vehicle with a suspended driving privilege.
5
6  **RECOMMENDATIONS:**
7  I recommend the weapon and ammunition be processed to determine who last handled the
8  weapon, ownership history, and any possible connection with other crimes. I recommend the
9  results of this follow up be forwarded to the Alameda County District Attorney's Office.
10
11 I recommend that a copy of this investigation be forwarded to the Alameda County District
12 Attorney's Office for the prosecution of Turner for the following charges:
13
14          -2800.2 (a) V.C. Evading a Peace Officer: Reckless Driving.
15          -148(a) (1) P.C. Delaying and Obstructing a Peace Officer.
16          -12021(a) P.C. Felon in possession of a firearm
17          -12031(a)(1)(F) P.C. Possession of a loaded firearm that is not registered to the suspect
18          -12072(d) P.C. illegal transfer of a firearm
19          -12025 P.C. Possession of a concealed weapon
20          -12031(a)(1) P.C. Possession of a loaded weapon
21          -12316(b) P.C. Felon in possession of ammunition
22          -12020(c)(25) Possession of a high capacity magazine
23          -14601.1(a) V.C. driving on a suspended license
24
25

ART-0006

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| P. ROACH / OFFICER | 018007 | 08/24/2007 | | |

# EXHIBIT B

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial
**071315397**

### INCIDENT

| Field | Value |
|---|---|
| Incident Number | 071-315-397 |
| Occurrence from Date/Time | 12/25/07 07:58 |
| Occurrence to Date/Time | 12/25/07 07:58 |
| Reported Date/Time | 12/25/07 07:58 |
| CAD Number | 073590718 |

**Type of Incident:** Warrant Arrest, Enroute To US Marshall -62010, Controlled Substance Violation, Loitering for -16645

**Location of Occurrence:** 64 TURK St
**At Intersection with/Premise type:** TAYLOR/MASON  Sidewalk

| Confidential Report? | Arrest Made? ☑ | Suspect Known? | Suspect Unknown? | Non-Suspect Incident? | Domestic Violence? | (Type of Weapon Used) | Reporting Unit 3J72 |

**Location Sent:** 64 TURK ST
**How Cleared?** 6

### OFFICER DECLARATION

I declare under penalty of perjury, this report of __5__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED   5 YEAR/POST   Signature: G. Peachey #1905

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| Peachey, Gary V | 1905 | Tenderloin Station | 0800-1600 | 12/25/07 10:59:35 |
| Reviewing Officer Sergeant Kevin E. Phipps #446 | | Tenderloin Station | 06·16 | 12.25.07 |
| Lt. ERIC VINTERO #700 | | Tenderloin Station | 06·16 | 12/25/07 |

Assigned to: 5G200   Copies to 5G200 5N200   Add'l Copies 1/DA, 1/PROBATION

### REPORTEE

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| R | SFPD PEACHEY #1905 | |

Day Phone: (415) 345-7300
Work Address: 301 EDDY STREET   City: SAN FRANCISCO   State: CA   Zip: 94102-

### BOOKED

| Code | Name (Last, First Middle) | ALIAS |
|---|---|---|
| B | TURNER, ALONZO | ALFONZO |

Day Phone Type: Unknown
Age: 36   Race: B   Sex: M   Height: 6'01   Weight: 235   Hair Color: BLD   Eye Color: BRO

Booking Location: Tenderloin Station

| Warrant # | Court # | Action # | Dept | Enroute to | CWB Check | Star |
|---|---|---|---|---|---|---|
| CR070810CW | | | | USMS | JONES | 96 |

**Warrant Violation(s):** WEAPON OFFENSE
**Bail:** NO BAIL

**Book/Cite Approval:** SGT PHIPPS   **Star:** 446

**Other Information:** WEARING: CAMO JACKET BLUE JEANS ORANG SHOES

ART 0049

# San Francisco Police Department
## PROPERTY LISTINGS

**071315397**

| E | Code/No | Item Description | | | | Brand | Model | |
|---|---------|------------------|---|---|---|-------|-------|---|
| 1 | EVD 1 | GREEN VEGETABLE MATTER | | | | | | |
| | Serial No. | Gun Make | Caliber | Color GRN | Narcotics Lab No. 07-244-677 | Quantity | Value | |
| | Seized by (Star) 1905 | From Where TURNER'S LEFT JACKET POCKET | | | | | | |
| | Additional Description/Identifying Numbers: SUSPECTED MARIJUANA | | | | | | | |

| E | Code/No | Item Description | | | Brand | Model |
|---|---------|------------------|---|---|-------|-------|
| | EVD | U.S. CURRENCY | | | US | PAPER |
| | Serial No. | Gun Make | Caliber | Color GRN | Narcotics Lab No. | Quantity | Value $1013.00 |
| | Seized by (Star) N/A | From Where TURNER'S LEFT FRONT PANTS POCKET | | | | | |
| | Additional Description/Identifying Numbers: RETAINED BY TURNER PLACED ON PROPERTY BAG | | | | | | |

[Additional blank property entry forms follow with fields: Code/No, Item Description, Brand, Model, Serial No., Gun Make, Caliber, Color, Narcotics Lab No., Quantity, Value, Seized by (Star), From Where, Additional Description/Identifying Numbers]

ART 0050

**071315397**

San Francisco Police Department
**NARRATIVE**

---

On the above date and time, I was assigned as the "Homeless Outreach Officer" in the Tenderloin.

While traveling westbound on the unit block of Turk Street, I saw numerous suspected narcotic users gathering around a black male, later identified as (B) Turner. Upon the group seeing my vehicle they dispersed. I watched as Turner looked at me and quickly ducked into the Tenderloin Market on the unit block of Turk Street.

I saw this behavior to be suspicious and consistent with that of local drug dealers in the area. I parked and exited my vehicle. When Turner exited the market I asked Turner where he was from. Turner told me "Oakland." I asked Turner if he was on probation or parole. Turner said, "No." I asked Turner for his identification. Turner presented me with an Oakland cannabis card.

Computer checks revealed the above listed "No Bail felony" U. S. Marshal warrant on a fire arm charge. Computer checks also revealed that Turner is on Felony Probation until "11/2009." I detained turner pending further investigation.

Officer Mitchell #599 arrived at my location to transport Turner to the company. Prior to transporting Turner, I conducted a search of Turner. I seized (E-1) baggie containing suspected marijuana from Turner's left jacket pocket. Turner had $1013.00 in U. S. currency stuffed into his left front pants pocket. I saw that Turner's currency was consistent in order and denomination with that of local drug dealers. It should be noted that Turner had no smoking paraphernalia in his possession.

While at the company, I contacted Jones #96 at central warrant bureau who confirmed the above listed warrant for Turner's arrest.

Due to the amount of Turner's currency, its order, and denomination, the area that Turner was in, the suspected narcotic users crowding around Turner, the fact that turner did not have any smoking paraphernalia in his possession, it is suspected that turner was loitering for the purpose of selling narcotics. I admonished Turner per 11532 H&S and I advised Turner that his warrant was good.

I placed the suspected marijuana into a narcotic envelope and hand carried the same to 850 Bryant Street Narcotic Drop at a later time.

Due to the fact that turner had an Oakland Cannabis card in his possession, he was not charged per 11359 H&S. We are asking the DA's Office and Adult Probation to look into this matter.

ART 0051

# EXHIBIT C

Case 4:07-cr-00810-CW    Document 6    Filed 01/03/2008    Page 1 of 1

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 26 Mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 1/3/08 10:34:57-11:00:00 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>1/3/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00810-CW |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>ALONZO RAY TURNER | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>James Mann | | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>26 Mins HELD BUT NOT COMPLETED | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**
**JAN 3 - 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>1/8/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ FURTHER DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft's atty. proffered that the deft's father (present in court) has agreed to co-sign on the Bond as a surety and post his property that has an equity of $60,000 - $65,000 to secure the deft's bail. The deft. asked the Court to release him for now to the Halfway House. The deft's atty. said that the deft. is a primary caretaker of his mother, who is diabetic, on dialysis & legally blind. Based on the present record, the Court is not agreeable to release the deft. now. The Court needs more level of assurance that the deft. will do what he's supposed to do even if he's released at the Halfway House. The deft's atty. will look for additional sureties who will be willing to co-sign on the Bond. The Court is really concerned about the circumstances of the deft's arrest for the instant offense that took place on 8/24/07 & re: deft. being a danger to the community.

cc: WDB's Stats, Sheilah, Pretrial

DOCUMENT NUMBER:

# EXHIBIT D

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 18 Mins | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 1/8/08 10:01:28-10:19:52 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>1/8/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00810-CW |

### APPEARANCES

| DEFENDANT<br>ALONZO RAY TURNER | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker for James Mann | | INTERPRETER<br>None | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Amy Bethelsen | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ FURTHER DETENTION HRG 19 Mins HELD | ☐ ID/REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**JAN 8 - 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED  ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED NOT REQUESTED BY THE DEFT. AT THIS TIME | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/23/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 1/23/08 | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FOR EFFECTIVE PREP. OF COUNSEL | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft's atty. said that the deft's father also owns 2 income properties beside his own home in Tracy, CA. The deft's father has the only power to effect the transfer of the 2 properties. In total, the deft's father has $200,000 in equity. Based on deft's criminal history, his relentless pattern of being involved in guns and his recent crim. activity of dealing drugs, the Court concluded that there are no conditions that could be imposed on the deft's pretrial release that would provide reasonable assurance of the safety of the community. The Court ordered the deft. DETAINED.
cc: WDB's Stats; Sheilah, Pretrial

DOCUMENT NUMBER: