1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 JAMES C. MANN (CABN 221603)
Assistant United States Attorney

5

6 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3705

7 Facsimile: (510) 637-3724
E-Mail:    James.C.Mann@usdoj.gov

8

9 Attorneys for Plaintiff

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )    No. CR-07-0810 CW
                                      )
14          Plaintiff,                )    REQUEST TO STAY PRE-SENTENCING
                                      )    RELEASE ORDER FOR DEFENDANT
15 v.                                 )    ALONZO RAY TURNER AND
                                      )    [PROPOSED] ORDER
16 ALONZO RAY TURNER,                 )
                                      )    Date:
17          Defendant.                )    Time:
                                      )    Court:      Hon. Claudia Wilken
18                                    )
   _____)
19

20      On March 19, 2008, Magistrate Judge Wayne D. Brazil granted pre-sentencing release for

21 two days to Defendant Alonzo Ray Turner.  Per the government's request, Magistrate Brazil

22 stayed the Order granting pre-sentencing release until March 20, 2008 to allow the government

23 time to appeal the same Order.  On March 20, 2008, this Court further stayed Magistrate Brazil's

24 Order until 12:00 p.m. on March 21, 2008.  This Court also ordered the government to file its

25 appeal and a further request for stay by 12:00 p.m. on March 21, 2008.  The government filed its

26 ////

27 ////

28 ////

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW

1  appeal on March 20, 2008 and hereby requests that this Court further stay Magistrate Brazil's

2  Order granting pre-sentencing release until this matter can be heard by this Court.

3

4  DATED: March 20, 2008                    Respectfully submitted,

5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6

7                                           _____/s/_____
                                            JAMES C. MANN
8                                           Assistant United States Attorney

9

10     Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of

11 Magistrate Judge Wayne D. Brazil granting pre-sentencing release for two days to Defendant

12 Alonzo Ray Turner is hereby stayed until such time that this Court can hear the United States'

13 appeal of the Order.

14

15 DATED:_____              _____
                                         HON. CLAUDIA WILKEN__
16 _____United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

REQ. TO STAY PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW