UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0810 CW |
| Plaintiff, | ) ) | **ORDER GRANTING GOVERNMENT'S APPEAL OF PRE-SENTENCING RELEASE ORDER FOR DEFENDANT ALONZO RAY TURNER AND ORDERING DEFENDANT DETAINED** |
| v. | ) ) | |
| ALONZO RAY TURNER, | ) ) | |
| Defendant. | ) ) ) | |

Having read and considered the papers filed by the parties in connection with the above-entitled matter, this Court finds that defendant Alonzo Ray Turner has failed to prove by clear and convincing evidence that he is neither a danger to the community nor a flight risk. Therefore, this Court GRANTS the Government's Appeal Of Pre-Sentencing Release Order For Defendant Alonzo Ray Turner, and defendant is hereby ORDERED detained.

DATED: 3/21/08

*Claudia Wilken*

HON. CLAUDIA WILKEN
United States District Judge

cc: WDB; USM; PTS

ORDER GRANTING GOV. APPEAL OF PRE-SENTENCING RELEASE ORDER
No. CR-07-0810 CW                                    1