| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, California 94607-3627 |
| 4 | Telephone (510) 637-3500 |
| 5 | Counsel for Defendant ALONZO TURNER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR 07-00810 CW |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| ALONZO TURNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Jerome E. Matthews, enters his general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: March 21, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

JEROME E. MATTHEWS
Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 07-00810 CW