UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6-11-08

**Plaintiff:** United States

**v.**                                       **No.** CR-07-00810 CW

**Defendant:** Alonzo Ray Turner (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**
Constance Cook


**Speedy Trial Date:**


**Hearing: Sentencing**

**Notes:** Defendant and counsel have read PSR; on factual disputes. All parties agree on guideline range and sentence. Court finds Offense Level 13, Criminal History III, leading to a Guideline Range of 18 - 24 months. Court sentences defendant to 18 months custody of AG to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set for in the PSR. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately, but may be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter. Any remaining counts are dismissed. Court will recommend placement at Lompoc. Defendant remanded to custody of U.S. Marshal. See J&C for details.


Copies to: Chambers